

NUMBER 13-18-00177-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

CARLTON E. CORBIN,                                        **Appellant,**

**v.**

HOWARD M. REINER,                                         **Appellee.**

---

## On appeal from the County Court at Law No. 2 of Montgomery County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Contreras, Longoria, and Hinojosa
### Order Per Curiam

Appellant, Carlton E. Corbin, appeals a "Judgment on Successor Administrator's Petition for Bill of Review."[1] The judgment is contained in the clerk's record and reflects

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C. S.).

a file-stamped date of February 23, 2018; however, the judgment does not indicate the date the judgment was signed. Accordingly, we now ABATE the appeal to the trial court for a determination regarding the date the judgment was signed.

The trial court shall issue findings of fact and conclusions of law regarding the date that the judgment was signed and to reflect the change in a corrected judgment. These documents should be forwarded to the Clerk of this Court in a supplemental record within twenty-one days from the date of this order.

It is so ordered.

PER CURIAM

Delivered and filed the
18th day of June, 2018.

2